**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| RALPH DISPENNETT, | No. 13-35301 |
| Petitioner - Appellant, | D.C. No. 3:98-cv-01252-JO |
| v. | |
| DAVID COOK, Superintendent, Oregon State Penitentiary, | ORDER* |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the District of Oregon
Robert E. Jones, Senior District Judge, Presiding

Argued and Submitted October 7, 2014
Portland, Oregon

Before: KOZINSKI, Chief Judge, and FERNANDEZ and FISHER, Circuit Judges.

This appeal is **DISMISSED** as moot. This order serves as the mandate of

the court.

---

        * This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.